CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 9 2009

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 5:07cr00059-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| DOMINGO BARRERRA ROJAS. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Rojas' motion (Docket No. 27) is **DENIED**; and the action, conditionally filed pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 9th day of November, 2009.

_____
United States District Judge